UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CRISTINA ISAAC SEGURA, | |
|---|---|
| Plaintiff, | 25 Civ. 3930 (KPF) |
| -v.- | **ORDER** |
| UBER TECHNOLOGY, | |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendant Uber Technology. Plaintiff is directed to serve the summons and complaint on the Defendant within 90 days of the issuance of the summons.[1]

If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because the filing fee had not been processed. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

      Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[2]  The Clerk of Court is directed to mail a copy of this order to Plaintiff at her address of record.

      SO ORDERED.

Dated:  May 19, 2025
           New York, New York

*Katherine Polk Failla*

                                  KATHERINE POLK FAILLA
                                  United States District Judge

---

[2]    If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

2

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address             City             State             Zip Code

_____
Telephone Number                     E-mail Address

_____
Date                                 Signature

**Click Here to Save**