UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA ISAAC SEGURA,

                Plaintiff,

         -v.-

UBER TECHNOLOGY,

                Defendant.

25 Civ. 3930 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On May 8, 2025, Plaintiff filed her complaint in the above captioned case (Dkt. #1). On May 20, 2025, the summons was issued (Dkt. #5). Rule 4(m) of the Federal Rules of Civil Procedure generally requires a defendant to be served with the summons and complaint within 90 days after the complaint is filed. Because the summons in this case was issued after Plaintiff filed her complaint, the Court had extended the time to serve until 90 days after the issuance of the summons (Dkt. #4). As of August 29, 2025, the docket reflects that the summons and complaint were never served on Defendant. It is hereby

    ORDERED that the time to serve is further extended to **September 30, 2025**. If Plaintiff does not serve Defendant within the extended time, the Court will dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute and failure to follow court orders.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff at her address of record.

SO ORDERED.

Dated:  August 29, 2025
        New York, New York

                                           KATHERINE POLK FAILLA
                                           United States District Judge