UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA ISAAC SEGURA,

                          Plaintiff,

              -v.-

UBER TECHNOLOGY,

                          Defendant.

25 Civ. 3930 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On May 8, 2025, Plaintiff filed her complaint in the above captioned case. (Dkt. #1). On May 20, 2025, the summons was issued. (Dkt. #5). Rule 4(m) of the Federal Rules of Civil Procedure generally requires a defendant to be served with the summons and complaint within 90 days after the complaint is filed. Because the summons in this case was issued after Plaintiff filed her complaint, the Court had extended the time to serve until 90 days after the issuance of the summons. (Dkt. #4). On August 29, 2025, the Court granted another extension for Plaintiff to complete service by September 30, 2025, and the Court also warned Plaintiff that it would dismiss this case if service was not completed within the extended time. (Dkt. #7).

Plaintiff has not served Defendant within the extended time. As a result, the Court now dismisses the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute and failure to follow court orders.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.  The Clerk of Court is further directed to mail a copy of this order to Plaintiff at her address of record.

SO ORDERED.

Dated:   October 2, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge